**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| IN RE R&B CORPORATION OF VIRGINIA *d/b/a* CREDIT CONTROL CORPORATION DATA SECURITY BREACH LITIGATION | Case No. 4:23-cv-66 |

## ORDER

Before the Court is the parties' Joint Status Report. ECF No. 51. In their report, the parties state that they have "reached an agreement in principle to settle this case on a class-wide basis." *Id.* at 1. They represent that the Plaintiffs are "preparing the materials necessary to file [a] motion for preliminary approval." *Id.* The parties request the Court to continue its stay (ECF No. 50) in this matter and to order the plaintiffs to file a motion for preliminary approval within 30 days. *Id.*

For good cause shown, the requests included in the parties' Joint Status Report (ECF No. 51) are **GRANTED.** The parties are **ORDERED** to file their settlement agreement and a motion for preliminary approval within thirty (30) days from the entry of this Order. All deadlines remain **STAYED** pending the timely filing of the motion for preliminary approval and the settlement agreement.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
_____
Jamar K. Walker
United States District Judge

Newport News, Virginia
April 5, 2024