**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

IN RE R&B CORPORATION OF VIRGINIA
d/b/a CREDIT CONTROL CORPORATION,
DATA SECURITY BREACH LITIGATION

**Civil Action No. 4:23-cv-00066-JKW**

**JURY TRIAL DEMANDED**

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PAGE EXTENSION**
**TO FILE PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT AND BRIEF IN SUPPORT**

Having considered Plaintiffs' Unopposed Motion for Page Extension to File Plaintiffs'

Motion for Preliminary Approval of Class Action Settlement and Brief in Support ("Motion"),

the Court hereby **GRANTS** Plaintiffs' Motion and holds that Plaintiffs have an additional six

pages to more fully present their position in the Plaintiffs' Unopposed Motion for Preliminary

Approval of Class Action Settlement and Brief in Support.

/s/
_____
Jamar K. Walker
United States District Judge

Newport News, Virginia
May 7, 2024