IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **IN RE R&B CORPORATION OF VIRGINIA d/b/a CREDIT CONTROL CORPORATION, DATA SECURITY BREACH LITIGATION** | Case No. 4:23-cv-00066-JKW-RJK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs write to bring to the Court's attention a Memorandum opinion that was issued by Judge Karen Spencer Marston in the U.S. District Court for the Eastern District of Pennsylvania on June 14, 2024, which granted preliminary approval to a data breach class action settlement that is substantially similar to the one pending before the Court. *In re Onix Group, LLC Data Breach Litigation*, No. 23-2288-KSM (E.D. Pa.). This opinion, which the Court may find relevant to deciding Plaintiffs' motion for preliminary approval (DE # 54), is submitted herewith as Exhibit A.

*s/ David Hilton Wise*
 **WISE LAW FIRM PLC**
 David Hilton Wise (VA Bar No. 30828)
 10640 Page Avenue, Suite 320
 Fairfax, Virginia 22030
 Phone: 703-934-6377
 dwise@wiselaw.pro

*Liaison Counsel*

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner*
Philip J. Krzeski*
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300

Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

**SHUB & JOHNS LLC**
Benjamin F. Johns*
Samantha Holbrook*
Four Tower Bridge 200 Barr Harbor Drive, Suite 400 Conshohocken, PA 19428
Telephone: (610) 477-8380
Fax: (856) 210-9088
bjohns@shublawyers.com
sholbrook@shublawyers.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger*
David K. Lietz*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
dlietz@milberg.com

*Interim Co-Lead Class Counsel*

*\*admitted pro hac vice*

### CERTIFICATE OF SERVICE

I, David Hilton Wise, certify that on this 17th day of June 2024, I caused the foregoing **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** to be filed using the Court's CM/ECF system, thereby causing it to be served upon all counsel of record in this case.

*s/ David Hilton Wise*

2