IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| IN RE R&B CORPORATION OF VIRGINIA d/b/a CREDIT CONTROL CORPORATION, DATA SECURITY BREACH LITIGATION | Case No. 4:23-cv-66 (Consolidated) |

## WITHDRAWAL OF OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

Objector, Paul Bennett Northam, through below-signed counsel, hereby WITHDRAWS his objection (ECF 61) to the class action settlement in this matter for himself and on behalf of similarly situated class members.

Class Counsel has provided additional information to Leonard A. Bennett, as counsel for Mr. Northam, clarifying the factors underlying the settlement and the motion for final approval. Based on the new information provided, Mr. Northam now fully supports the settlement.

Additionally, Mr. Bennett, as an experienced class action counsel in the Eastern District of Virginia, considers the settlement fair and reasonable and separately supports its approval based on his practice experience and evaluation of the settlement's terms and the information provided to him by Class Counsel.

Neither objector nor his counsel is negotiating or receiving any payment in connection with the objection or withdrawal of the objection.

Respectfully submitted,
**OBJECTOR, PAUL BENNETT NORTHAM**

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
Adam W. Short, Esq., VSB # 98844
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com
Email: craig@clalegal.com
Email: adam@clalegal.com
*Counsel for Objector, Paul Bennett Northam*