UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| IN RE R&B CORPORATION OF VIRGINIA d/b/a CREDIT CONTROL CORPORATION, DATA SECURITY BREACH LITIGATION | Civil Action No. 4:23-cv-00066-JKW-RJK |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND BRIEF IN SUPPORT**

Plaintiffs Veronica Huamani, Christina Pearson, Shiree Lackland, Stephanie Moxley, Douglas Monson, Merrette Blake, Jason Powers and Michele Van Moppes ("Plaintiffs") move for entry of an order granting final approval of this proposed class action settlement and certifying the settlement class. For the reasons set forth below, Plaintiffs respectfully request that the Court, after the final approval hearing scheduled for January 29, 2025, grant this motion, grant Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs, and enter a final judgment dismissing this case.

Respectfully submitted,

Date: December 30, 2024

*/s/ David Hilton Wise*
David Hilton Wise
**WISE LAW FIRM, PLC**
10640 Page Avenue, Ste. 320
Fairfax, VA 22030
Telephone: (703) 934-6377
Fax: 703-934-6379
*dwise@wiselaw.pro*

*/s/ Gary M. Klinger*
Gary M. Klinger
David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*
*dlietz@milberg.com*

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*bbliechner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

*/s/ Benjamin F. Johns*
Benjamin F. Johns
Samantha Holbrook
**SHUB & JOHNS LLC**
Four Tower Bridge 200 Barr Harbor Drive
Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
Fax: (856) 210-9088
*bjohns@shublawyers.com*
*sholbrook@shublawyers.com*

**Co-Lead Counsel for Plaintiffs and the Class**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 30th day of December, 2024, a copy of the foregoing was served electronically through CM/ECF to all counsel of record

                                           /s/ *David Hilton Wise*
                                           David Hilton Wise (VSB No. 30828)