# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NEWPORT NEWS DIVISION**

Wednesday, January 29, 2025

**MINUTE OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Jamar K. Walker, U.S. DISTRICT JUDGE

Deputy Clerk:   B. Peters                                                                                   Reporter:   Carol Naughton, OCR

| Set: 11:30 a.m. | Started: 11:35 a.m. | Ended: 11:50 a.m. |
|---|---|---|

| |
|---|
| Case No. 4:23-cv-66 |
| In re R&B Corporation of Virginia d/b/a Credit Control Corporation, Data Security Breach Litigation |
| |
| Benjamin Johns, David Wise appeared on behalf of Plaintiffs. |
| Alison Mullins, Nellie Fitzpatrick (remote), Jill Fertel (remote) appeared on behalf of R&B Corporation of Virginia. |
| |
| Matter came on for hearing re [ECF 63] Motion for Final Approval of Class Action Settlement and [ECF 59] Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs. |
| |
| Comments of counsel heard. |
| Comments of the Court. |
| The Court GRANTED final approval of the settlement, ECF 63. |
| The Court GRANTED Plaintiffs' motion for attorneys' fees, etc., ECF 59. |
| Order granting the above filed in open court. Separate judgment to issue. |
| |
| Court adjourned. |
| |
| |
| |
| |
| |